UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 2:14-CR-09

v.                                    HON. ROBERT HOLMES BELL

IVEL RAY HOPKINS,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

       This is a criminal action for possession and distribution of controlled substances. Defendant filed a motion to suppress statements he made during an interview with the Marquette City Police Department. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R), recommending that this Court deny Defendant's motion. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

       **IT IS HEREBY ORDERED** that the Magistrate Judge's R&R (ECF No. 128) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

       **IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence (ECF No. 69) is **DENIED**.


Dated:  <u>September 29, 2014</u>                     /s/ Robert Holmes Bell
                                                         ROBERT HOLMES BELL
                                                         UNITED STATES DISTRICT JUDGE